UNITED STATES of America,
Plaintiff–Appellee

v.

Vernon Randall TODD, Defendant–Appellant.

No. 06–41059
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

Joshua Thomas Burgess, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Law Office of John T. Haughton, Denton, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Vernon Randall Todd has moved for leave

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Todd has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

